United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT, | Case No. 23-cv-00796-JSC |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| DEBBIE ASUNCION, | |
| Defendant. | |

On February 22, 2023, the Clerk opened this matter based upon a letter received from Plaintiff complaining about his medical condition and requesting appointment of counsel in "all pending cases."[1] (ECF No. 1.) On the same day, the Clerk notified Plaintiff that he must file any claims in a complaint, and that he must either pay the filing fee or file a completed application to proceed in forma pauperis ("IFP"). The Clerk mailed Plaintiff the Court's IFP application and form complaint along with the deficiency notices, as well as a stamped return envelope and instructions for completing the forms. The notice informed him that the case would be dismissed if he did not file a complaint and either pay the filing fee or file a completed IFP application within 28 days. No response has been received. As Plaintiff has not filed a complaint, paid the filing fee, or completed an IFP application, and he has not shown cause why not or sought an extension of time, this case is DISMISSED without prejudice.

//

//

---

[1] The Court is not aware of any pending cases filed by Plaintiff, and Plaintiff does not identify any.

1    The Clerk shall enter judgment and close the file.

2    **IT IS SO ORDERED.**

3    Dated: April 10, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge